# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| K2 Solutions, Inc. | ) | ASBCA No. 60907 |
| | ) | |
| Under Contract No. M67854-11-C-3015 | ) | |

APPEARANCES FOR THE APPELLANT:    Paul W. Bowen, Esq.
K&L Gates LLP
Seattle, WA

Amy M. Conant, Esq.
K&L Gates LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Ronald J. Borro, Esq.
Navy Chief Trial Attorney
Matthew S. Hawkins, Esq.
Stephanie Cates-Harman, Esq.
Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 4 October 2017

JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60907, Appeal of K2 Solutions, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals